ANTONIO SEPEDA
TDCJ#469585
COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY,TEXAS 75884

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAY 22 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
5/20/15

MAY 19,2015


CLERK

CHRISTOPHER A.PRINE

FOURTEENTH COURT OF APPEALS

HOUSTON,TEXAS 77002


RE:14-14-00443-CV

TC#14-CV-0014


Dear Clerk;

I am writing your office to request to know what happen to the WEDNESDAY,APRIL 08,2015 case submission,what is the Court's opinion???on the appeal?Reason I ask is I did not recieve no copy of it's ruling on my appeal on the dismissal for want of prosecutionfrom the 122nd District Court for Galveston County, Texas.

I am informing your clerk's office I did not receive no judgement nor opinion from the court.Please let me know the outcome.Thanks.

RESPECTFULLY;